

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Google AdWords Litigation, | Case No.:  C08-03369 JW RS<br><br>**ORDER DENYING MOTION TO RELATE WITHOUT PREJUDICE** |

Presently before the Court is a Notice of Related Action filed by Plaintiff in the C 09-3414 JL case.  (Docket Item No. 50.)  Although the Notice has been filed as a "Motion" to relate, it does not contain any explanation as to why these cases are related.  Accordingly, this Motion is denied without prejudice to be renewed as a proper motion under the Civil Local Rules of the Court.

Dated:  August 3, 2009

_____
JAMES WARE
United States District Judge